AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __AZ__

Beatrice Miranda
   Petitioner

v.

Tracy Nielsen, et al
   Respondents

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV09-8065-PCT-PGR

TO: (Name and address of defendant)

✓ Civil Process Clerk
U.S. Attorney, District of AZ
2 Renaissance Square
40 North Central Ave., Ste 1200
Phoenix, AZ 85025

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatrice Miranda 395689
Flagstaff - AZ - Coconino County - Sawmill
Coconino County Jail
951 E. Sawmill Rd.
Flagstaff, AZ 86001

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard H. Weare
CLERK

DATE June 25, 2009

D. Taylor
(BY) DEPUTY CLERK