```
✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

        JUN 2 9 2009

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
BY _____ DEPUTY
```

| IDE | :RY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X S. Baca  ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>S. Baca                    6-26-09 |

1. Article Addressed to:

Vincente Anchando
Supervisory Corr. Specialist
Bureau of Indian Affairs
400 N. 5th St. Floor 12
office of Justice Svcs Div of Corr.
Phoenix, AZ 85004

CV09-8065-PCT-PGR

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7008 3230 0002 9682 2608

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540