JON M. SANDS
Federal Public Defender, District of Arizona

DANIEL L. KAPLAN, AZ Bar #021158
Assistant Federal Public Defender
KEITH J. HILZENDEGER, AZ Bar #023685
Research & Writing Specialist
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2767
Fax: (602) 382-2800
dan_kaplan@fd.org
keith_hilzendeger@fd.org
*Attorneys for Petitioner*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Beatrice Miranda,<br><br>  Petitioner,<br><br>vs.<br><br>Tracy Nielsen *et al.*,<br><br>  Respondents. | No. CIV 09-08065-PCT-PGR (ECV)<br><br>**REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION, LEAVE TO CONDUCT DISCOVERY, SERVICE OF AND ANSWER TO AMENDED PETITION ON NEW RESPONDENT, AND EXPEDITION** |

On July 29, 2009, Petitioner Beatrice Miranda moved for several forms of relief. The responses to her motion confirm that most of the relief she requested should be granted.

**I.    Request for Injunction for Return to Coconino County Detention Facility**

None of the Respondents has opposed Ms. Miranda's request for an injunction directing her return to the Coconino County Detention Facility. Braatz Resp. at 2 ("Respondent Braatz has no objection to [Ms. Miranda's] being returned to CCDF."); Anchondo & Harney Joinder in Braatz Resp. at 1 ("Respondents Anchondo and Harney take no position concerning whether [Ms.

1  Miranda] should be returned to the Coconino County Detention Facility."). 
2  (Respondent Tracy Nielsen did not file a response to the motion.)  Moreover, 
3  Respondent Kurt Braatz has frankly admitted that he kicked Ms. Miranda out of 
4  the Coconino County facility, resulting in her transfer to a small facility with 
5  virtually no programs located in the far northwestern corner of the State, because 
6  he preferred not be bothered with her attempt to vindicate her federal statutory 
7  rights.  Braatz Resp. at 2 (identifying one of Cmdr. Braatz's motivations as "a 
8  desire to avoid litigation"); *see also id*. Ex. A (email from Cmdr. Braatz to 
9  Respondent Anchondo complaining that having Ms. Miranda in the facility "takes 
10 up our time and resources preparing a Motion and potential future appearances in 
11 Federal Court").  Rather than permitting Ms. Miranda to be effectively punished 
12 for vindicating her rights under 25 U.S.C. §§ 1302 and 1303, and in light of the 
13 Respondent's non-opposition, the Court should order Ms. Miranda returned to the 
14 Coconino County Detention Facility.

**II.    Request for Leave to Conduct Discovery**

Commander Braatz seeks to show that the discovery requested by Ms. Miranda is unnecessary by disclosing four emails, together with an affidavit identifying them as "the only communications between Mr. Anchando and myself regarding the removal of inmate Beatrice Miranda from the Coconino County Detention Facility."  Braatz Resp. Ex. A.  But rather than showing that discovery is unnecessary, the materials provided only emphasize the appropriateness of the discovery that Ms. Miranda has requested.

Far from showing that Ms. Miranda's relocation was innocuous, the volunteered emails confirm that she was kicked out of the Coconino County

1  facility precisely because she sought to vindicate her federal statutory right to
2  relief from an unlawful sentence. Braatz Resp. at 2 & Ex. A. And they show a
3  few other things of interest as well: The emails indicate that Mr. Anchondo sent
4  Ms. Miranda farther away from her lawyers and from the courthouse in which her
5  petition is pending in the face of Commander Braatz's suggestion that her move
6  could "improve her access to the Federal Public Defender." *Id*. Ex. A. They
7  suggest that Mr. Anchondo perceived a connection between the merits of Ms.
8  Miranda's claim and the question of whether she should be relocated. *Id*. ("This
9  issue questions the Tribal courts [*sic*] ability to sentence a person to more then
10 [*sic*] one year."). They show that Commander Braatz copied his initial email to
11 Mr. Anchondo to eleven Coconino County employees, none of whom were
12 apparently copied on subsequent exchanges. *Id*. And they terminate with a
13 direction from Mr. Anchondo to a BIA employee apparently under his supervision
14 named Richard Hutchinson, who presumably carried through on Commander
15 Braatz's request by means of undisclosed communications with other individuals
16 under Respondents' supervision. *Id*.

17 Because it is now clear that her eviction from the Coconino County facility
18 was triggered by her attempt to vindicate her federal statutory rights in this Court,
19 Ms. Miranda should be permitted to conduct the discovery outlined in her motion.
20 The handful of emails attached to Commander Braatz's response clearly does not
21 exhaust the material she seeks to discover. The emails themselves demonstrate
22 that at least twelve individuals other than Commander Braatz and Mr. Anchondo
23 were included in the pertinent communications, and one of them (Mr. Hutchinson)
24 was the person who evidently carried through on Commander Braatz's request.

3

Ms. Miranda's proposed requests sought to discover all pertinent communications, not only between Commander Braatz and Mr. Anchondo, but between *all* of the Respondents (no communications involving Ms. Nielsen have been provided), as well as all individuals acting under the Respondents' supervision or authority. Motion at 6. In order to develop a complete picture of the circumstances of her relocation, Ms. Miranda should be permitted to engage in this discovery.

**III.    Answer by Respondent Harney – Service on Respondent Nielsen**

One form of relief that Ms. Miranda requested is no longer necessary. Ms. Miranda requested that the Court order that new Respondent Chris Harney be served with the Amended Petition and answer it within 20 days of service. It now appears that Assistant United States Attorney John Tuchi is representing Mr. Harney, as well as Mr. Anchondo – and Mr. Harney, by and through Mr. Tuchi, has responded to the Amended Petition. *See* Respondents Anchondo's and Harney's Answer to Amended Petition (Dkt. #25).

Another form of relief, however, is necessary: The docket does not indicate that Respondent Tracy Nielsen has been served with the initial or Amended Petitions, or that she has entered an appearance in this case, notwithstanding the fact that the Court ordered her personally served by its Order entered on June 25, 2009 – close to two months ago. Dkt. #8 at 4. Ms. Miranda respectfully requests that the Court issue a further order requiring that Ms. Nielsen be immediately served with the Amended Petition, and take such actions as are necessary to ensure that service on Ms. Nielsen is accomplished promptly.

**IV.    Request for Expedition**

Ms. Miranda respectfully reiterates her request that the Court's ruling on this motion be expedited. In light of the length of her sentence, lack of expedition raises the prospect that her right to relief from her unlawful sentence will be extinguished by the passage of time.

Respectfully submitted: August 18, 2009

JON M. SANDS
Federal Public Defender

 *s/Daniel L. Kaplan*
DANIEL L. KAPLAN
Assistant Federal Public Defender
KEITH J. HILZENDEGER
Research and Writing Specialist

Copy of the foregoing transmitted by CM/ECF for filing and transmittal to the following ECF registrant this 18th day of August, 2009, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 West Washington Street
Phoenix, Arizona 85003

JOHN R. LOPEZ, IV
Assistant United States Attorney
Two Renaissance Sq.,
40 N. Central Ave., Ste. 1200,
Phoenix, AZ 85004-4408

Copies delivered by First Class United States Mail this 18th day of August, 2009, to:

KURT BRAATZ
Commander, Detention
Coconino County Detention Facility
951 E. Sawmill Rd.,
Flagstaff, Arizona 86001

CHRIS HARNEY
Main Officer
Truxton Cañon Correctional Facility
P.O. Box 69
Peach Springs, AZ 86434

TRACY NIELSEN
Interim Chief
Pascua Yaqui Tribe Department of Public Safety
4725 W. Calle Tetakusim
Tucson, Arizona 85757

VINCENT ANCHANDO
Supervisory Correctional Specialist
Bureau of Indian Affairs
400 N. 5th Street, Floor 12
Phoenix, AZ 85004

BEATRICE MIRANDA
Petitioner

*s/ Susan L. West*