# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beatrice Miranda,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>Tracy Nielsen, Interim Chief, Pascua Yaqui Tribe Department of Public Safety,<br><br>Kurt Braatz, Commander, Detention, Coconino County Detention Facility,<br><br>Chris Harney, Main Officer, Truxton Cañon Correctional Facility, and<br><br>Vincent Anchando, Supervisory Correctional Specialist, Bureau of Indian Affairs, Office of Justice Services, Division of Corrections, District 3,<br><br>　　　　Respondents. | No. CIV 09-08065-PCT-PGR (ECV)<br><br>**SUMMONS** |

To Tracy Nielsen, Interim Chief, Pascua Yaqui Tribe Department of Public Safety:

　　　A lawsuit has been filed against you.

　　　Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the petitioner an answer to the attached petition for a writ of habeas corpus or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the petitioner's attorneys:

      Daniel L. Kaplan, Esq.
      Assistant Federal Public Defender
      Keith J. Hilzendeger, Esq.
      Research & Writing Specialist
      Federal Public Defender for the District of Arizona
      850 West Adams Street, Suite 201
      Phoenix, Arizona 85007
      (602) 382-2700

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the petition.  You also must file your answer or motion with the court.

    Dated:    August 27, 2009

                                                                       _____
                                                                       Clerk of Court