| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |

___ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 1 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Beatrice Miranda | CV09-8065-PCT-PGR |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Tracy Nielsen et al | Summons, ret ord |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Tracy Nielsen, Interim Chief, Pascua Yaqui Tribe |
| **AT** | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) Dept of Public Safety |
| | 4725 W Calle Tetakusim Tucson, AZ 85757 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Beatrice Miranda #95689<br>Flagstaff AZ - Coconino County - Sawmill<br>Coconino County Jail<br>951 E. Sawmill Rd.<br>Flagstaff, AZ 86001 | Number of process to be served with this Form - 285: 1<br>Number of parties to be served in this case: 2<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

| Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 6-25-09 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 8 | District of Origin No. 1 | District to Serve No. 1 | Signature of Authorized USMS Deputy or Clerk | Date 6/30/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 7/4/09  Time: 9:15 am |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 8-13-09 - Moved to personal service. Forwarded to Tucson office. SLG

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRACY NIELSEN
was received by me on *(date)* 8/21/09 .

☒ I personally served the summons on the individual at *(place)* 4725 W. CALLE TETAKUSIM, TUCSON, ARIZONA 85757  on *(date)* 9/4/09 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/4/09

_____
*Server's signature*

THOMAS TWOMEY  DEPUTY U.S. MARSHAL
*Printed name and title*

405 W. CONGRESS, TUCSON, AZ 85701
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ARIZONA
TUCSON OFFICE

RECEIVED
2001 AUG 18 P 2:08

Beatrice Miranda,
　　Petitioner

v.

Tracy Nielsen, et al
　　Respondents

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV09-8065-PCT-PGR

TO: (Name and address of defendant)

Tracy Nielsen, Interim Chief, Pascua Yaqui Tribe
Dept of Public Safety
4725 W. Calle Tetakusim
Tucson, AZ 85757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatrice Miranda 395689
Flagstaff-AZ-Coconino County-Sawmill
Coconino County Jail
951 E. Sawmill Rd.
Flagstaff, AZ 86001

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard H. Weare
CLERK

D. Taylor
BY: DEPUTY CLERK

DATE: June 25, 2009