IN THE PASCUA YAQUI TRIBAL COURT

IN AND FOR THE PASCUA YAQUI INDIAN RESERVATION

PASCUA YAQUI TRIBE )
      Plaintiff )
VS. ) NO. CR-08-119
Miranda Beatrice )
      Defendant ) INITIAL HEARING ORDER
                          )

    In compliance with 3 PYT R. Crim.P. Rule 16 of the Pascua Yaqui Court and Rules of Court, defendant appeared before this Court on __January 26, 2008__ for the Initial hearing.

    Present were: __Sonia Laventure for the Tribe; the defendant without legal counsel and in custody.__

    THE COURT FINDS: __that probable cause exists to believe defendant may have committed the offenses of Aggravated Assault, Aggravated Assault, Endangerment, Endangerment, Threatening Or Intimidating, Threatening Or Intimidating, Disorderly Conduct ad Disorderly Conduct; that the Arraignment hearing will be scheduled; that the Tribe makes release recommendations which include bond of $2,000.00 as the defendant has a history of failures to appear, failures to comply, in that these charges are of a serious nature and that the defendant poses a risk to herself and the community; that the defendant has no objections; that the Court will impose bond of $1,500.00 given the above stated grounds.__

IT IS ORDERED:
  _X_ Defendant shall be released upon posting bond of $ _1,500.00_
  ___ Defendant shall be held without bond
  ___ Defendant shall be released on his/her own recognizance
  ___ Defendant shall be released to the custody of
      who shall be responsible for defendant's appearance at further hearings.
  ___ Defendant will be notified of the Arraignment date.
  _X_ ARRAIGNMENT hearing is scheduled for __MONDAY, FEBRUARY 4, 2008 AT 1:30 P.M.__
THIS IS THE ONLY NOTICE OF HEARINGS YOU WILL RECEIVE
  _X_ Other: __the bond shall be posted prior to release and the defendant is restrained from any contact with minor victim and with Bridgette Valenzuela, shall not posses any weapons, shall obey all laws and appear for all hearings and in the event that the bond is not posted, Transport Order shall issue and defendant shall be transported to the hearing from CADC or from any other detention facility housing the defendant.__

SO ORDERED THIS 26th DAY OF _January, 2008_.

_[signature]_
Judge, Pascua Yaqui Tribal Court

Date: _01-26-08_
_✓_ Tribe ___ Defendant/Counsel ___ Probation _✓_ Detention ___ Other
_[signature]_
Clerk

## IN THE PASCUA YAQUI TRIBAL COURT
## IN AND FOR THE PASCUA YAQUI INDIAN RESERVATION

| | |
|---|---|
| PASCUA YAQUI TRIBE<br>　　　　Plaintiff<br>VS.<br>Miranda Beatrice<br>　　　　Defendant | No. CR-08-119<br><br>ORDER |

On this __4th__ day of __February__, __2008__ the defendant appeared before this Court for the Arraignment hearing without legal counsel and in custody. Allen Osburn appeared for the Tribe.

The Court finds that the defendant after being advised of her rights enters guilty pleas to the eight charges and does so of her own free will and with full knowledge of the rights waived and of the consequences; that the Court does not accept the defendant's guilty pleas as factual basis cannot be established based on the defendant's statements; that the Court will set the Pre-trial hearing; that the Tribe recommends that the same conditions of release apply and defendant has no objections.

Count One/A:   Aggravated Assault          Plea  guilty/not guilty
Count Two/B:   Aggravated Assault          Plea:  guilty/not guilty
Count Three/C: Endangerment                Plea:  guilty/not guilty
Count Four/D:  Endangerment                Plea:  guilty/not guilty
Count Five/E:  Threatening Or Intimidating  Plea:  guilty/not guilty
Count Six/F:   Threatening Or Intimidating  Plea:  guilty/not guilty
Count Seven/G: Disorderly Conduct          Plea:  guilty/not guilty
Count Eight/H: Disorderly Conduct          Plea:  guilty/not guilty

IT IS ORDERED THAT, the Court does not accept the defendant's guilty pleas and the defendant pending the Pre-trial hearing the defendant shall post bond of $1,500.00 prior to release and the defendant is restrained from any contact with the minor victim, is restrained from Bridgette Valenzuela, shall not posses any weapons, shall obey all laws and appear for all hearings and the defendant shall appear before this Court on **WEDNESDAY, MARCH 12, 2008 AT 9:30 A.M.** for the Pre-trial hearing and in the event that the bond is not posted, Transport Order shall issue and the defendant shall be transported to the hearing from CADC or from any other detention facility housing the defendant.

**THIS IS THE ONLY NOTICE OF HEARING YOU WILL RECEIVE.**

SO ORDERED THIS _____ DAY OF _____, 2008.

_____
JUDGE, PASCUA YAQUI TRIBAL COURT

cc:
Date: 02/04/08
X Tribe  X Defendant  X PYT Detention/CADC
Clerk:  Rg

IN THE PASCUA YAQUI TRIBAL COURT

IN AND FOR THE PASCUA YAQUI INDIAN RESERVATION

| | |
|---|---|
| PASCUA YAQUI TRIBE )<br>    Plaintiff    )<br>Vs.    )<br>Miranda Beatrice    )<br>    Defendant    )<br>_____ ) | NO. CR-08-119<br><br>ORDER |

The above named defendant filed a written statement with the Court requesting to withdraw from the plea agreement entered in the above matter and that the defendant further requests to have her hearing moved to an earlier date and time.

The Court finds that, good cause is shown to grant the defendant's request to withdraw from the plea agreement and that the Court at this time cannot grant the defendant's request for an earlier hearing date and time given Court's calendar/schedule.

IT IS ORDERED THAT, the defendant's request to withdraw from the plea agreement is granted and the plea agreement is hereby vacated and the defendant shall appear before this Court on **MONDAY, APRIL 21, 2008 AT 10:00 A.M.** for the trial hearing.

**THIS IS THE ONLY NOTICE OF HEARING YOU WILL RECEIVE.**

SO ORDERED THIS 26th DAY OF March, 2008.

_____
Judge, Pascua Yaqui Tribal Court

Cc:
Date: 03-26-08
✓ Tribe  ✓ Defendant/Counsel  ___ Probation  ___ Detention  ___ Other
_____
Clerk

IN THE PASCUA YAQUI TRIBAL COURT

IN AND FOR THE PASCUA YAQUI INDIAN RESERVATION

PASCUA YAQUI TRIBE )
    Plaintiff )
Vs. ) NO. CR-08-119
Miranda Beatrice )
    Defendant ) ORDER
_____ )

    The above matter came before this Court for Trial hearing on this 21st day of April, 2008. Allen Osburn appeared for the Tribe; that defendant appeared in custody and without legal counsel.

    The Court finds that, after hearing sworn testimony from the Tribe's witnesses and reviewing the evidence that the Tribe has proven beyond a reasonable doubt that the defendant committed the offenses charged as the testimony clearly showed that the defendant did assault the victims with a knife which was found on her person, that the defendant endangered the victims by waving the knife towards them while at a close distance, that the defendant did threaten to kill them and that the defendant did behave in a disruptive behavior by yelling profanities and in trying to provoke a fight; that the defendant states there are no reasons as to why sentence should not be imposed today; that the Tribe moves the Court for a separate sentencing hearing and moves the Court to order a Pre-Sentence Investigation; that it appears to the Court the Tribe is not ready to proceed with the sentencing hearing and the Court will set the sentencing hearing, will order the Pre-Sentence Investigation and same conditions of release will be imposed.

    IT IS ORDERED THAT, the defendant is found guilty of the eight charges and the defendant shall post bond of $1,500.00 prior to release, is restrained from any contact with Bridgette Valenzuela and the minor M.V., shall not posses any weapons, shall obey all laws and appear for all hearings and the Office of Probation and Parole shall conduct a Pre-Sentence Investigation and shall submit the Pre-sentence Report on or by **May 15, 2008** and the defendant shall appear before this Court on **MONDAY, MAY 19, 2008 AT 10:30 A.M.** for the Sentencing hearing and in the event that the bond is not posted, Transport Order shall issue and the defendant shall be transported to the hearing from the McKinley Detention Facility or from any other detention facility housing the defendant.

**THIS IS THE ONLY NOTICE OF HEARING YOU WILL RECEIVE.**

SO ORDERED THIS 21st DAY OF April, 2008.

_____
Judge, Pascua Yaqui Tribal Court

Date: 04/21/08
X Tribe X Defendant X Probation X Detention
Clerk: Rg

```
                                                    PASCUA YAQUI TRIBAL COURT
                                                        FILED DATE AND TIME
              PASCUA YAQUI TRIBE                      08 MAY 16 AM 8:12
           OFFICE of PROBATION & PAROLE
                                                    DOCKET NO. _____
                                                    CLERK _____
```

| | |
|---|---|
| Pascua Yaqui Tribe, | Docket No.: CR-08-119 |
| Plaintiff, | **PRE-SENTENCE INVESTIGATION REPORT** |
| vs. | |
| MIRANDA, Beatrice | |
| Defendant | |

**PERSONAL DATA**

| | | |
|---|---|---|
| Name: Beatrice Miranda | Ethnic: Native American | Ht: 5'2" |
| Address: 7511 S. Osay Bo-oh | Gender: Female | Wt: 145 |
| City, State, Zip: Tucson, AZ 85757 | Eyes: Brown | Hair: Black |
| Phone: (520) 481-5886   Message: None | DOB: 08/06/1974 | Age: 33 |
| AKA: None | Citizen of: United States | |
| ID Marks: None | Birthplace: Unknown | |
| Employer: None | Military History: None | |
| Address: N/A | Branch: N/A | |
| City, State, Zip: N/A | Entry Date: N/A | |
| Occupation: N/A | Discharge Date/Type: N/A | |
| Marital: No | | |
| Children: 3 | | |
| Education: Yes | | |

*Pascua Yaqui Received MAY 16 2008 Prosecutor*

1

**PRESENT SITUATION**

On April 21, 2008 the defendant was found guilty of two counts of Aggravated Assault, two counts of Endangerment, two counts of Threatening or Intimidating, and two counts of Disorderly Conduct.

The Court, on the motion of the Tribe, ordered a Pre-Sentence Investigation to be conducted by the Office of Probation & Parole to be completed no later than May 15, 2008. Sentencing for the defendant is scheduled for Monday, May 19, 2008 at 10:30 A.M.

**CRIMINAL HISTORY**

A criminal record search was conducted using the NCIC Database System and found that the defendant did not have a criminal history within that database.

A similar search was conducted with the Pascua Yaqui Tribe's Office of Probation & Parole and the Pascua Yaqui Tribe's Office of the Prosecutor and the following was found.

<u>Prior Criminal History</u>

CR-05-278 - Trespass

CR-06-170 - Possession of Drug Paraphernalia (three counts)

CR-06-301 - Liquor Violation

CR-06-360 – Resisting a Lawful Arrest

CR-07-064 – Domestic Violence Disorderly Conduct

In several cases the defendant was ordered placed on supervised probation. Defendant failed to comply with conditions of probation and defendant's supervised probation was revoked and ordered to serve her suspended detention days.

**VICTIM IMPACT STATEMENT**

I spoke to both victims in this case. Each of them stated on the night of the incident they felt the defendant was threatening both verbally and physically. Both stated the defendant made verbal threats while brandishing a knife. Both also stated that they feared for the lives and could not understand why the defendant would threaten them. None of the victims had ever seen or encountered the defendant before the night of the incident.

Questions were asked from the victims, such as, Why would the defendant do this to them? Why (if released) would the court allow her to be released from detention? What can be done (by victims) to ensure their safety? After asking these questions, the victims, requested to be heard at the disposition hearing set for May 19, 2008. I informed the victims that this is an opportunity to make a statement to me in regards to any recommendations they have have. Both victims stated they continue to be mentally bothered by the defendant's actions on the night of the incident. Both requested that the defendant be sentenced to jail time.

**DEFENDANT'S STATEMENT**

On several occasions I had phoned Cpt. Green of the McKinley County Detention Facility. I informed Cpt. Green of my intentions to obtain a statement by phone from the defendant in regards to this case. Cpt. Green informed me that he would return my call to arrange a date and time to speak with the defendant by phone.

Cpt. Green has yet to return my call. Therefore I have not been able to obtain a statement from the defendant.

3

## SENTENCING CONSIDERATIONS

On several occasions this court has given the defendant an opportunity to comply with supervised probation. During the defendant's probationary periods she has failed to comply with her conditions of probation. The defendant has violated several probation conditions while on probation. Has also had several "Ordered to Show Cause" hearings for failing to be present at court hearings. This also resulted in the defendant being placed on warrant status in several matters.

It is also important to note that the defendant is currently awaiting disposition for her failure to comply with yet another supervised probation matter.

With the defendant's extensive criminal history with this jurisdiction and the above taken into consideration. This officer feels the defendant would not comply with future conditions of probation. This officer recommends the following.

| RECOMMENDATION(S) | DISPOSITION |
| --- | --- |
| Count 1: Aggravated Assault | 365 days detention to be served immediately |
| Count 2: Aggravated Assault | 365 days detention to be served immediately |
| Count 3: Endangerment | 60 days detention to be served immediately |
| Count 4: Endangerment | 60 days detention to be served immediately |
| Count 5: Threatening or Intimidating | 90 days detention to be served immediately |
| Count 6: Threatening or Intimidating | 90 days detention to be served immediately |
| Count 7: Disorderly Conduct | 30 days detention to be served immediately |
| Count 8: Disorderly Conduct | 30 days detention to be served immediately |

4

Counts 1, and 2, are to be served immediately for a total of 730 days in detention.

Count 5, and 6, is to be served immediately consecutive to counts 1 and 2 for a total of 180 days in detention.

Count 3, 4, 7, and 8, are to be served concurrently with counts 1, 2, 5, and 6, for a total of 910 days in detention.

Dated this 15th day of May 2008

Respectfully submitted,

**GARY A. CHAVEZ**, Chief Probation Officer

_____

# IN THE PASCUA YAQUI TRIBAL COURT

# IN AND FOR THE PASCUA YAQUI INDIAN RESERVATION

| | |
|---|---|
| PASCUA YAQUI TRIBE ) | |
|     Plaintiff ) | |
| VS. ) | No. CR-08-119 |
| Miranda Beatrice ) | |
|     Defendant ) | ORDER |
| ) | |

The above matter came before the Court for Sentencing hearing on this 19th day of May, 2008. Chief Probation Officer Gary Chavez appeared for the Probation department; Allen Osburn appeared for the Tribe; the defendant appeared without legal counsel.

The Court finds that, the Pre-Sentence Report has been filed by the Probation Officer; that the sentencing recommendations are presented to the Court; that the Tribe concurs with the sentencing recommendations; that the defendant moves the Court to reduce the jail days and moves the Court for credit for time served; that the Probation Officer and the Tribe object to the reduction of the jail days as the defendant has a substantial history of failures to comply, failures to appear, has been given numerous chances by the Probation department, that these charges involved a weapon and affected the victims who continue to be fearful for their lives, and that the defendant continues to committed offenses even after she has been given these changes; that the Probation Officer and the Tribe have no objections to the defendant receiving credit for time served; that the Tribe informs the Court that the defendant should be credited with 114 days; that the Court will impose sentence as recommended given the defendant's substantial history in this jurisdiction.

**IT IS ORDERED THAT,** sentence is entered as follows: in **Count One-Aggravated Assault,** 365 days to be served immediately and in **Count Two-Aggravated Assault,** 365 days in jail to be served immediately and in **Count Three-Endangerment,** 60 days in jail to be served immediately and in **Count Four,** 60 days in jai to be served immediately and in **Count Five-Threatening Or Intimidating,** 90 days in jail to be served immediately and in **Count Six-Threatening Or Intimidating,** 90 days in jail to be served immediately and in **Count Seven-Disorderly Conduct,** 30 days in jail to be served immediately and in **Count Eight-Disorderly Conduct,** 30 days in jail to be served immediately and the jail days imposed in Counts One and Two shall be served consecutive to each other for a total of 730 days in jail and the jail days in Counts 5 and 6 shall be served consecutive to Counts One and Two for an additional 180 days and the jail days imposed in Counts 3,4,7 and 8 shall run concurrent to the jail days imposed in Counts 1,2,5 and 6 for a total of 910 days and defendant is credited with time served of 114 and shall serve the balance of 796 in jail immediately and defendant is restrained for any contact with Bridgette Valenzuela and the minor M.V., for a period of two years after release to terminate on **July 24, 2012** and the defendant shall not posses any weapons for a period of two years after release to terminate on **July 24, 2012** and the defendant shall be released from custody on **JULY 24, 2010 AT 12:00 NOON.**

SO ORDERED THIS 19th DAY OF May, 2008.

_____
Judge, Pascua Yaqui Tribal Court

Cc:: 05/19/08
Date
✓ Tribe  ✓ Defendant/Counsel  ✓ Probation  ✓ Detention  ___ Other
_____
Clerk

IN THE PASCUA YAQUI TRIBAL COURT

IN AND FOR THE PASCUA YAQUI INDIAN RESERVATION

| | |
|---|---|
| PASCUA YAQUI TRIBE )<br>　　　Plaintiff　　　)<br>　　　　　　　　　　)<br>VS.　　　　　　　　)<br>　　　　　　　　　　)<br>Miranda Beatrice　　)<br>　　　Defendant　　　)<br>_____) | NO.  CR-07-064<br><br>ORDER |

　　　The Disposition hearing on the Motion To Revoke Probation was held on __May 19, 2008.__

　　　Present were: __Chief Probation Officer Gary Chavez; Allen Osburn for the Tribe; the defendant appeared without legal counsel and in custody.__

　　　The Court finds that, the Probation Officer with the Tribe concurring recommend that the 30 suspended days be imposed and be served concurrent to the sentence imposed in CR-08-119; that the defendant has no objections; that the recommended disposition will be imposed.

**IT IS ORDERED THAT,** the defendant's probation term is hereby **revoked** and the 30 suspended days are hereby imposed and defendant shall serve the 30 days concurrent to the jail days imposed in CR-08-119 setting a release date of June 18, 2008 in this matter, however, the defendant **shall not** be released as she is currently serving the imposed sentence in CR-08-119 in which defendant is scheduled for release on **JULY 24, 2010 AT 12:00 NOON.**

SO ORDERED THIS __19th__ DAY OF _____May_____, 2008.

_____
Judge, Pascua Yaqui Tribal Court

Date: 05·19·08
Cc: ✓Tribe ___ ✓Defendant/Counsel ✓Probation ___Detention ___Other

_____
　　　　　Clerk